# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jamie Fernando PEREZ SUSPES, | : | |
|     v. | : | |
| Petitioner, | : | |
| | : | PETITION FOR WRIT OF |
| | : | HABEAS CORPUS |
| | : | No. 25-cv-6608 |
| MICHAEL T. ROSE, in his official capacity as Acting Field Office Director, Enforcement and Removal Operations, Philadelphia Field Office, U.S. Immigration and Customs Enforcement, et al. | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 4th day of December, 2025, upon consideration of Mr. Perez Suspes' Petition for Writ of Habeas Corpus (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Mr. Perez Suspes is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall **RELEASE** Mr. Perez Suspes from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 12:00 p.m. ET on December 6, 2025;

3. The Government is temporarily enjoined from re-detaining Mr. Perez Suspes for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Mr. Perez Suspes after that seven-

day period, it must first provide him with a bond hearing where an Immigration Judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Perez Suspes from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines that Mr. Perez Suspes is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from me to move Mr. Perez Suspes if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Mr. Perez Suspes.

6. It is **FURTHER ORDERED** that Mr. Perez Suspes' Motion for Temporary Restraining Order (ECF No. 4) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

    s/ANITA B. BRODY, J.
ANITA B. BRODY, J.